# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

————————————

**No. ACM 39891**

————————————

**UNITED STATES**
*Appellee*

**v.**

**Joshua A. LOOMIS**
Technical Sergeant (E-6), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 26 October 2020

————————————

*Military Judge:* Wesley A. Braun.

*Sentence:* Sentence adjudged 3 March 2020 by GCM convened at Maxwell Air Force Base, Alabama. Sentence entered by military judge on 27 March 2020: Bad-conduct discharge, confinement for 50 days, and reduction to E-1.

*For Appellant:* Major Meghan Glines-Barney, USAF.

*For Appellee:* Lieutenant Colonel Brian C. Mason, USAF; Lieutenant Colonel Matthew J. Neil, USAF; Mary Ellen Payne, Esquire.

Before POSCH, D. JOHNSON, and MEGINLEY, *Appellate Military Judges.*

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4.**

————————————

PER CURIAM:

The findings and sentence entered are correct in law and fact, and no error materially prejudicial to the substantial rights of Appellant occurred. Articles 59(a) and 66(d), UCMJ, 10 U.S.C. §§ 859(a), 866(d). *Manual for Courts-Martial, United States* (2019 ed.).

Accordingly, the findings and sentence are **AFFIRMED**.

FOR THE COURT

CAROL K. JOYCE
Clerk of the Court